UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-63(DSD/JMM)

CITICAPITAL COMMERCIAL CORP.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

UNITED TRANSPORTATION, INC.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge John M. Mason is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants' United Transportation, Inc. and Carlton Claxton motion to dismiss in this matter. Any such motion shall be noticed for hearing before Magistrate Judge John M. Mason.

Dated: April 30, 2002

David S. Doty, Judge
United States District Court

FILED 4-30-02
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______