UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| CITICAPITAL COMMERCIAL CORPORATION, CITICAPITAL BUSINESS CREDIT DIVISION, f/k/a/ ASSOCIATES COMMERCIAL CORPORATION TRANSPORT CLEARINGS DIVISION, Plaintiffs, vs. UNITED TRANSPORTATION, INC., a Georgia corporation, CARLTON CLAXTON, an individual, and ABC ESTATE, Defendants. | ) | Civil File No. 02-63 DSD/SRN **STIPULATION AND ~~PROPOSED~~ AMENDED SCHEDULING ORDER** |

---

**STIPULATION**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties, through their respective undersigned counsel, HEREBY STIPULATE, AGREE AND REQUEST that the Court's Pretrial Scheduling Order dated February 22, 2002 be amended to extend discovery and all other dates by a period of four (4) months. The specific dates are set forth in the Stipulated Amended Scheduling Order.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 10-14-02

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]
Kathryn J. Bergstrom, Esq.
Attorney No. 218431
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

**ATTORNEYS FOR UNITED TRANSPORTATION, INC. AND CARLTON CLAXTON**

Dated: 10-3-02

FOLEY & MANSFIELD, P.L.L.P.

By [signature]
Thomas J. Lallier
Attorney No. 163041
Attorneys for Plaintiff
200 Lafayette Building
1108 Nicollet Mall
Minneapolis, Minnesota 55403
(612) 338-8788

**STIPULATED AMENDED SCHEDULING ORDER**

IT IS HEREBY ORDERED, pursuant to a Stipulation of the parties and pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, that the Court's Pretrial Scheduling Order dated February 22, 2002 is amended as follows:

Discovery/Nondispositive Motions

| | |
|---|---|
| January 1, 2003 | By Plaintiffs: Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness. |
| February 1, 2003 | By Defendants: Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness. |
| March 1, 2003 | All Discovery of any kind shall be commenced in time to be completed by this date. |
| March 5, 2003 | All non-dispositive motions and supporting documents, including those that relate to discovery, shall be served and filed. |

Dispositive Motions/Trial

| | |
|---|---|
| May 1, 2003 | All dispositive motions shall be served and filed by the parties. |

General

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motions, and no later than July 2003. The parties estimate that trial of this Jury matter will take 2-3 days.

Dated: October 15, 2002

BY THE COURT:

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

GP:920104 v1