**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

**OLD** Civil Case No.:0:02CV63 (DSD/SRN)

CitiCapital et al
v.
United Trans Inc

**IN RE: Notice of Reassignment of Magistrate Judge - NEW 0:02CV63 (DSD/JSM)**

**AT THE COURT'S DIRECTION,** the Clerk of Court is instructed to refer the above entitled case to **Magistrate Judge Janie S. Mayeron** to handle pretrial or other proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Katie Haagenson, her judicial assistant, at 651.848.1190. Magistrate Judge Mayeron's address is 316 N. Robert Street, Room 610, Saint Paul, MN 55101.

**DATED: February 11, 2003**

**Richard D. Sletten, Clerk**

Filed February 11, 2003
Judgment entered____________
Deputy Clerk_______________