UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

CitiCapital Commercial Corporation,
CitiCapital Business Credit Division,
f/k/a Associates Commercial Corporation
Transport Clearings Division,

Plaintiff,

vs.

United Transportation, Inc., a corporation,
Carlton Claxton, an individual, and
ABC estate,

Defendants.

Civil File No.: 0:02CV63 (DSD/JSM)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

The above-entitled parties through their attorneys of record do hereby stipulate and agree that all claims and counterclaims may be DISMISSED WITHOUT PREJUDICE and without costs or attorneys fees to any party.

Dated: ~~April~~ May 21, 2003.

FOLEY & MANSFIELD, P.L.L.P.

By [signature]
Frank A. Dvorak (#25094)
1108 Nicollet Mall, #200
Minneapolis, MN 55403
(612) 338-8788
Attorneys for Plaintiff

FILED MAY 2 1 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: April 16, 2003.

GRAY, PLANT, MOOTY, MOOTY &
BENNETT, P.A.

By [signature]
Kathryn J. Bergstrom, Esq. #218431
33 South Sixth Street, Suite 3400
Minneapolis, MN 55402
(612) 343-2800
Attorneys for Defendants United
Transportation, Inc. and Carlton Claxton

**ORDER**

Based on the stipulation of the parties, the above-entitled action is DISMISSED WITHOUT PREJUDICE and without costs or attorneys fees to any party.

BY THE COURT:

5/21/03 [signature]

Honorable David S. Doty
United States District Judge